UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 FEB 21  PM 3: 16

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 5:19-cr-30-1 |
| | ) |
| CHYQUAN CUPE, aka "Cash," | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### Count One

On or about October 30, 2018, in the District of Vermont, the defendant, CHYQUAN CUPE, aka "Cash," knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Two

On or about October 30, 2018, in the District of Vermont, the defendant, CHYQUAN CUPE, aka "Cash," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Three

On or about November 1, 2018, in the District of Vermont, the defendant, CHYQUAN CUPE, aka "Cash," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

CHRISTINA E. NOLAN (JAO)
United States Attorney
Burlington, Vermont
February 21, 2019