AO 106 (Rev. 04/10) Application for a Search Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

for the

District of Vermont

2019 JUL -9  PM 4: 47

CLERK

BY _____

DEPUTY CLERK

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

Content of, and records relating to, two
Facebook accounts described with particularity
in Attachment A, maintained by Facebook, Inc.

)
)
)
)
)
)

Case No.  5:19-cr-30

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of ___Vermont and elsewhere___ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 & 846 | Distribution of and Conspiracy to Distribute Controlled Substances |
| 18 U.S.C. § 924(c) | Possession of a firearm during and in relation to a drug trafficking crime |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Colin Simons, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___07/09/2019___

_____
*Judge's signature*

City and state:  Burlington, Vermont

Honorable John M. Conroy, U.S. Magistrate Judge
*Printed name and title*