# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Facebook user IDs **www.facebook.com/krash.orkash (User ID: 100030769830866) and www.facebook.com/desi.wells.31 (User ID: 100007629780653)** that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.