U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUL -9 PM 4: 47

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: Content of, and records relating to, two Facebook accounts described with particularity in Attachment A, maintained by Facebook, Inc. | Case No. 5:19-cr-30<br><br>**Filed Under Seal** |

## MOTION TO SEAL AFFIDAVIT

On July 9, 2019, the Government applied for a search warrant to obtain from Facebook, Inc. the content of, and records relating to, eight Facebook accounts maintained by Facebook, Inc.

The Government moves this Court to partially seal this Motion to Seal Document, and the Affidavit, until further notice of the Court. The Affidavit contains information concerning uncharged individuals subject to the government's continuing investigation of this matter. Unsealing the Affidavit would potentially alert individuals of potential prosecution, leading to the possibility of destruction of evidence and flight from prosecution. When sealing of the Affidavit and this Motion is no longer necessary to ensure the investigation's integrity because the targets have been arrested and/or the investigation has ceased, the government will move to unseal the search warrant and related documents and docket entries.

Dated at Burlington, in the District of Vermont, this 9th day of July, 2019.

Respectfully submitted,

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By: *(signature)*
JONATHAN A. OPHARDT
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-6725
jon.ophardt@usdoj.gov