UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: Content of, and records relating to, two Facebook accounts described with particularity in Attachment A, maintained by Facebook, Inc. | Case No. 5:19-cr-30 |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUL -9 PM 4:48

CLERK

BY_____
DEPUTY CLERK

## ORDER

This matter having been presented to the Court by the Government, and the Court having considered the motion, the Court finds that sealing is necessary to protect the integrity of an ongoing investigation. The Court finds that, at this time, those interests substantially outweigh the public interest in right of access. Accordingly it is hereby

ORDERED, that the Motion to Seal Document, and the Affidavit filed in support of the Application for Search Warrant are hereby sealed until further order of the Court. When sealing is no longer necessary to ensure the investigation's integrity, the government shall move to unseal the Motion to Seal Document, and the Affidavit filed in support of the Application for Search Warrant.

Dated at Burlington, in the District of Vermont, this 9th day of July, 2019.

JOHN M. CONROY
United States Magistrate Judge