## ATTACHMENT A

1. The property to be searched (the Electronic Devices) are thirteen Electronic Devices, currently in the custody of the Vermont State Police (VSP) in Westminster, Vermont, or the Brattleboro Police Department (BPD) in Brattleboro, Vermont:

   <u>Seized on December 28, 2018 from 33 Oak Street and in the custody of BPD</u>

   a. ARLO surveillance system

   <u>Seized on February 28, 2019 from 33 Oak Street Apartment #4 and in the custody of VSP</u>

   b. Apple Iphone: Silver/Black (Unknown Serial No.)

   c. Apple Iphone: Silver/Black w/ scratched screen (IMEI 355783073778930)

   d. Apple Iphone: Grey in color w/charger (Unknown Serial No.)

   e. Tracfone: Black in color (IMEI 014913007016361)

   f. ZTE Cell Phone: Black in color (IMEI 862574033032583)

   g. Motorola Cell Phone: Black in color (Unknown Serial No.)

   h. LG Cell Phone: Black in color (IMEI 3570021092643175)

   i. Apple IPhone: White in color (Unknown Serial No.)

   j. Samsung Galaxy Cell Phone: Black in color (IMEI 99000448593859)

   k. Sprint Galaxy Cell Phone: Black (Model SPH-L710, Unknown Serial No.)

   l. ZTE Cell Phone: Black in color (IMEI 256691624802647300)

   m. ICraig Tablet: Black in color (Model CMP793-BUN)