## **ATTACHMENT B**

1. All records on the Electronic Devices described in Attachment A that relate to violations of 21 U.S.C. §§ 841(a) & 846, and 18 U.S.C. § 924(c), including:

   a. Evidence indicating how and when the cellular device and associated cellular service was used to determine the chronological context of cellular device use, account access, and events relating to the crime under investigation;

   b. Evidence indicating the geographic location of the cellular device at times relevant to the investigation;

   c. lists of drug customers, and related identifying information;

   d. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   e. any information related to sources of drugs (including names, addresses, phone numbers, email addresses, or any other identifying information);

   f. communications related to drug trafficking and the purchase/sale/transfer/storage of firearms/ammunition, including e-mails, instant messages, chat logs, correspondence attached to e-mails (or drafts), calendar entries, contact lists, and text messages;

   g. any information concerning the physical location of the device;

   h. any information recording schedules of travel;

   i. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the Electronic Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records evidencing the use of the Electronic Devices to access the internet, including:

   a. records of Internet Protocol addresses used;

   b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.